IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKEL JAMES GUELTZAU,<br><br>                Plaintiff,<br><br>vs.<br><br>DEREK WAREHIME, Property Manager and Owner; and CATHY WAREHIME, Property Manager and Owner,<br><br>                Defendants. | 8:24CV430<br><br>ORDER STRIKING DOCUMENT |

        This case is before the Court on the document Plaintiff docketed as Supplemental Motion for an Order Affirming the Commissioner's Decision and internally titled "Motion for Permission to Bring Electronic Device into Courthouse." Filing 63. Plaintiff is clearly making no effort to follow the Court's guidance to file documents under the proper CM/ECF events. This document, Filing 63, is stricken without prejudice to refiling under an appropriate CM/ECF event. Future filings that are improper or made under improper CM/ECF events will be stricken. Continued conduct such as this will result in the Court revoking Plaintiff's rights to electronically file documents.

        IT IS SO ORDERED.

        Dated this 30th day of October, 2025.

                                                BY THE COURT:

                                                Brian C. Buescher
                                                United States District Judge

1