IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKEL JAMES GUELTZAU,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DEREK WAREHIME, Property Manager and Owner; and CATHY WAREHIME, Property Manager and Owner;<br><br>　　　　Defendants. | 8:24CV430<br><br><br>ORDER |

　　　This matter is before the undersigned on Plaintiff's motion at Filing No. 71 which the presiding judge, U.S. District Judge Brian C. Buescher, has construed as a request for trial in Lincoln rather than Omaha. Defendants were given until November 17, 2025 to file a response to the motion. (Filing No. 76). Defendants have done so and this matter is ripe for disposition. (See Filing No. 83).

　　　Pursuant to this court's Local Rules, when evaluating conflicting requests for place of trial, a judge considers the "convenience of the parties, lawyers, witnesses, other related matters, and the interests of justice." NECivR 40.1(b)(1). Upon review of Defendants' response, Plaintiff's motion is essentially unopposed. The Defendants are residents of Colorado and state that both Lincoln and Omaha are equally inconvenient. Defendants "anticipate that most, if not all, of the evidence for Defendants will be presented by Mr. and Mrs. Warehime" therefore the convenience of witnesses is not a concern for the defense. Counsel for Defendants works in Lincoln and resides in Omaha, so either location is convenient. Plaintiff has requested trial to take place in Lincoln because he resides in Lincoln, the matters relevant to this case took place in Lincoln, and distance and alleged

medical conditions would make it difficult for Plaintiff to travel to Omaha. The undersigned will grant Plaintiff's request to change place of trial to Lincoln.

The undersigned notes that the Local Rules provide that the assigned judge may change the designated place of trial at a later date if the court determines that the circumstances and the interests of justice warrant such a change. See NECivR 40.1(d).

IT IS ORDERED that Filing No. 71 is granted to the extent that it requests Lincoln be designated as the place of trial.

Dated this 3rd day of December, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge