IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKEL JAMES GUELTZAU,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK WAREHIME, Property Manager and Owner; and CATHY WAREHIME, Property Manager and Owner;<br><br>Defendants. | **8:24CV430**<br><br>**ORDER TO SHOW CAUSE** |

This matter is before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."

A final progression order was entered in this case on October 2, 2025. (Filing No. 37). Due to the volume of documents Plaintiff sent to the court, the presiding judge Brian C. Buescher, Chief U.S. District Judge, imposed a requirement for Plaintiff to submit all future filings in paper form via mail to the Clerk of Court, and ordered that the court would authorize filing only of submissions requesting proper action by the Court. (Filing No. 106). Plaintiff filed a notice of change of address on March 23, 2026, but has not mailed any documents, motions, or other correspondence to the court since that time. (Filing No. 108).

This matter came on for a status conference on September 1, 2026. Plaintiff did not appear and the court's efforts to contact Plaintiff at the phone number and email provided

in Filing No. 108 were unsuccessful. The docket indicates the parties exchanged initial disclosures and Defendants have responded to Plaintiff's discovery requests. (Filing No. 41; Filing No. 42; Filing No. 46; Filing No. 84; Filing No. 87; Filing No. 96). However, Defendants represented to the court during the call that it has been several months since Plaintiff had any contact with Defendants' counsel. The deadlines in the Final Progression Order have passed and it is unclear whether Plaintiff is still actively pursuing the claims asserted in the Complaint. Plaintiff has a duty to prosecute the case and it appears the case is not being prosecuted with reasonable diligence. Accordingly,

IT IS ORDERED:

1) On or before September 22, 2026, Plaintiff shall show cause why this case should not be dismissed pursuant to NECivR 41.2 for want of prosecution.
2) Failure to timely respond will result in a recommendation that this case be dismissed without further notice.

Dated this 1st day of September, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge