IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MIKEL JAMES GUELTZAU,<br><br>Plaintiff,<br><br>vs.<br><br>DEREK WAREHIME, Property Manager and Owner; and CATHY WAREHIME, Property Manager and Owner;<br><br>Defendants. | **8:24CV430**<br><br>**FINDINGS AND RECOMMENDATION** |

At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution. *See* NECivR 41.2. The court held a status conference in this case on September 1, 2026, and Plaintiff failed to appear. Chambers made efforts to contact Plaintiff at the phone number and email address Plaintiff provided. Those efforts were unsuccessful and on September 1, 2026, Plaintiff was given until September 22, 2026, to show cause why the court should not dismiss his claims for want of prosecution. (Filing No. 110). The court warned that the failure to comply would result in a recommendation that this case be dismissed without further notice. Plaintiff has not responded to the show cause order and the time for doing so has passed.

The court notes that due to a number of improper filings, Plaintiff was required to submit all filings in paper form via mail to the Clerk of Court to be reviewed by the court prior to filing. (Filing No. 106, Filing No. 107). The court further advised that any documents the court determined to be improper would not be filed, but would be retained

in a “correspondence file.” On September 30, 2026, the undersigned verified with the Clerk of Court that the Clerk’s Office has not received any filings from Plaintiff since the filing of the Show Cause Order on September 1, 2026.

Accordingly,

IT IS RECOMMENDED to the Honorable Brian C. Buescher, Chief United States District Judge, pursuant to 28 U.S.C. § 636(b), that Plaintiff’s claims be dismissed for want of prosecution without further notice.

The parties are notified that failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court’s adoption of the recommendation.

Dated this 1st day of October, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge